

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:             01-15-00381-CV

Style:                    Ali  Yazdchi

                          **v** Wells Fargo

Date motion filed*:       October 2, 2015

Type of motion:           Motion for Extension to File Brief

Party filing motion:      Appellant

Document to be filed:     Appellant's Brief

If motion to extend time:

       Deadline to file document:          September 14, 2015

       Number of previous extensions granted:    0

       Length of extension sought:         n/a

Ordered that motion is:

☐     Granted
       If document is to be filed, document due:  n/a

       ☐  The Clerk is instructed to file the document as of the date of this order
       ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☒     Dismissed (*e.g.*, want of jurisdiction, moot)

**The trial court clerk has notified this Court that she will file a supplemental clerk's record by November 1, 2015.** *See* **TEX. R. APP. P. 34.5(c). Appellant's brief will be due 30 days after the supplemental clerk's record has been filed.** *See* **TEX. R. APP. P. 38.6(a). Appellant's motion for extension of time is dismissed as moot.**

Judge's signature:  /s/ Chief Justice Sherry Radack
         ☒ Acting individually    ☐ Acting for the Court

         Panel consists of _____.

Date:  October 13, 2015